IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA PAGLIACCETTI | : | CIVIL ACTION |
|           Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 09-1106 |
| THE CITY OF PHILADELPHIA, POLICE OFFICER ANTHONY COLARULO, Badge #7162 Individually and in His Capacity as a Police Officer of the City of Philadelphia; POLICE OFFICER CHRIS LAI, Badge #6850 Individually and in His Capacity as a Police Officer of the City of Philadelphia; POLICE OFFICER DEMAS, Assigned to 4th District of Philadelphia Police Department on March 13, 2007 Individually and in His/her Capacity as a Police Officer of the City of Philadelphia, the First Name of Officer Demas Is Not Presently Known; POLICE OFFICER THOMAS Assigned to 4th District of Philadelphia Police Department on March 13, 2007, The First Name of Officer Thomas Is Not Presently Known | : | |
|           Defendants. | : | |

## O R D E R

AND NOW, this 12th day of August, 2010, upon consideration of Defendants' Motion for Summary Judgment (Document No. 19, filed May 21, 2010), Plaintiff's Response to Defendants' Motion for Summary Judgment (Document No. 21, filed June 21, 2010), and Plaintiff's Memorandum of Law in Response to Defendants' Motion for Summary Judgment (Document No. 22, filed June 21, 2010), for the reasons set forth in the Memorandum dated August 12, 2010, **IT IS ORDERED** that Defendants' Motion For Summary Judgment

(Document No. 19) is **GRANTED** and **JUDGMENT IS ENTERED** in **FAVOR** of defendants, the City of Philadelphia, Police Officer Anthony Colarulo, Police Officer Chris Lai, Police Officer Dennis Demas, and Police Officer John Thomas, and **AGAINST** plaintiff, Patricia Pagliaccetti.

                                                      **BY THE COURT:**

                                                      **/s/ Hon. Jan E. DuBois**
                                                      **JAN E. DUBOIS, J.**